IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Eubanks, Lakecha Nicole | Case Number: 06 B 13636 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 10/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,417.00 | |
| Secured: | | 7,859.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 557.90 |
| Other Funds: | | 0.00 |
| Totals: | 10,417.00 | 10,417.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 25,429.33 | 7,859.10 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 198.81 | 0.00 |
| 6. | Capital One | Unsecured | 1,635.62 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 459.26 | 0.00 |
| 8. | Nicor Gas | Unsecured | 758.72 | 0.00 |
| 9. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 12. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 13. | Continental Credit Control | Unsecured | | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Ingalls Midwest Emergency | Unsecured | | No Claim Filed |
| 16. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| | | | $ 30,481.74 | $ 9,859.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 96.19 |
| 5.4% | 417.83 |
| 6.5% | 43.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Eubanks, Lakecha Nicole | Case Number: 06 B 13636 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 10/23/06 |

_____
$ 557.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

